# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES KEVIN GUIDRY AND
CHRISTINA GUIDRY

VERSUS

JASON E. SMITH, M.D.

NO.   2023 CW 0108

**APRIL 24, 2023**

---

In Re:    Jason E. Smith, M.D., applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 716889.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT